UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer Lynn Dillard,                                                          Case No. 3:23-cv-619

                        Plaintiff,

        v.                                                                            MEMORANDUM OPINION
                                                                                              AND ORDER

Commissioner of Social Security,

                        Defendant.

        On February 15, 2024, Magistrate Judge Darrell A. Clay issued his Report and

Recommendation ("R & R") recommending the Commissioner's final decision be reversed and the

matter remanded.  (Doc. No. 13).  The fourteen-day window for objections has now closed, and no

objections have been filed by either party.  28 U.S.C. § 636(b)(1).  Accordingly, I now adopt Judge

Clay's R & R in its entirety as the Order of the Court.  The Commissioner's decision is reversed, and

this case is remanded for further proceedings consistent with Judge Clay's R & R.


        So Ordered.

                                                                        s/ Jeffrey J. Helmick
                                                                        United States District Judge